United States District Court
Southern District of Texas
**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA YOUNG, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-4815 |
| WALMART INC., | § § § § | |
| Defendant. | § | |

## ORDER RESETTING DOCKET CALL

The COVID-19 national emergency and the severity of the risk to public health have led the federal courts, with added authority granted by Congress and the Judicial Conference of the United States, to enter orders that reduce the need for in-person court appearances when the law permits it and the circumstances justify it. Based on this continuing need in the Southern District of Texas, the following Order is entered:

**IT IS HEREBY ORDERED** that Docket Call is reset for **April 30, 2021 at 1:30 p.m.** before United States District Judge Vanessa D. Gilmore. The Joint Pretrial Order filing deadline is reset for **April 26, 2021**. This continuance does not affect any other deadlines in the scheduling order. Counsel may seek relief by appropriate request or motion to modify other deadlines.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this  12th  day of February, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE