THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA YOUNG | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-04815 |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | DEFENDANT DEMANDS A JURY |

## **O R D E R**

BE IT REMEMBERED that on this date, came on to be heard the Motion in Limine of Defendants, WAL-MART STORES TEXAS, LLC, and the Court having heard the argument of counsel does hereby grant and deny the paragraphs of the Motion as stated in the Motion itself. The court orders Plaintiff, Linda Young, counsel for Plaintiff, and all witnesses called on behalf of Plaintiff to refrain from any mention or interrogation, directly or indirectly, including offering documentary evidence, about any of the following matters without first requesting and obtaining a ruling from the court outside the presence and hearing of all prospective jurors and jurors ultimately selected in this case:

1.
   _____    _____    _____
   AGREED     GRANTED    DENIED

2.
   _____    _____    _____
   AGREED     GRANTED    DENIED

3.
   _____    _____    _____
   AGREED     GRANTED    DENIED

4.
   _____    _____    _____
   AGREED     GRANTED    DENIED

5.

   _____   _____   _____
   AGREED      GRANTED     DENIED

6.

   _____   _____   _____
   AGREED      GRANTED     DENIED

7.

   _____   _____   _____
   AGREED      GRANTED     DENIED

8.

   _____   _____   _____
   AGREED      GRANTED     DENIED

9.

   _____   _____   _____
   AGREED      GRANTED     DENIED

10.

   _____   _____   _____
   AGREED      GRANTED     DENIED

11.

   _____   _____   _____
   AGREED      GRANTED     DENIED

12.

   _____   _____   _____
   AGREED      GRANTED     DENIED

13.

   _____   _____   _____
   AGREED      GRANTED     DENIED

14.

   _____   _____   _____
   AGREED      GRANTED     DENIED

15.

   _____   _____   _____
   AGREED      GRANTED     DENIED

16.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

17.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

18.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

19.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

20.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

21.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

22.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

23.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

24.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

25.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

26.

　　_____　　_____　　_____
　　AGREED　　　　GRANTED　　　DENIED

27.

    _____    _____  _____
    AGREED    GRANTED  DENIED

28.

    _____    _____  _____
    AGREED    GRANTED  DENIED

                                                                    _____
                                                                  PRESIDING JUDGE